# EXHIBIT A



### EXCLUSIVE! Joey Gibson ASSAULTED at Portland Rally!

25,562 views • Aug 4, 2018

 779    58    SHARE    SAVE   ...

 WeAreChange
683K subscribers

SUBSCRIBE

Luke Rudkowski was live on the ground at the Portland Rally with this exclusive footage while the left and right clashed today. Here he is following Joey Gibson on the ground as he is heckled and screamed at by leftists who then physically assault him as he peacefully walks down the street.



EXCLUSIVE! Joey Gibson ASSAULTED at Portland Rally!

25,562 views • Aug 4, 2018

779   58   SHARE   SAVE

WeAreChange
683K subscribers

SUBSCRIBE

Luke Rudkowski was live on the ground at the Portland Rally with this exclusive footage while the left and right clashed today. Here he is following Joey Gibson on the ground as he is heckled and screamed at by leftists who then physically assault him as he peacefully walks down the street.