# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesh*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-131-732

**Effective Date of Registration:**
August 09, 2018

## Title

**Title of Work:** 8.4.18. Portland Rally. Rudkowski.mov

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 04, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Lukasz Rudkowski
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lukasz Rudkowski
PO BOX 140492, Brooklyn, NY, 11214, United States

## Certification

**Name:** Richard Liebowitz
**Date:** August 09, 2018

*0000PAO0021317320202*

**Registration #:** PA0002131732
**Service Request #:** 1-6846634989

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

*00000PA0002131732020t*