# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI<br><br>                                Plaintiff,<br><br>  - against -<br><br>VICE MEDIA LLC<br>                                Defendant. | Docket No. 1:21-cv-02514 |

### **DECLARATION OF JAMES H. FREEMAN**

I, James H. Freeman, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my personal knowledge:

1. I am counsel for plaintiff Lukasz Rudkowski ("Plaintiff") and an associate of Liebowitz Law Firm, PLLC ("LLF").

2. I submit this declaration pursuant to the sanctions orders entered by Hon. Jesse M. Furman of the United States District Court for the Southern District of New York (*Usherson v. Bandshell Artist Mgmt.*, No. 19-CV-6368, Dkt. Nos. 68, 81, 87 (S.D.N.Y.) (the "Orders"), which provide that in any action in which LLF enters a notice of appearance, LLF is required to file a copy of the Orders. The Orders are filed with the Court concurrently herewith by separate docket number.

3. Pursuant to the Orders, if a claim involves allegations of copyright infringement, as here, the complaint shall include as an attached exhibit a copy of the deposit files maintained by the U.S. Copyright Office ("USCO") reflecting prior registration of the relevant copyrighted work or works at issue, or, where I have a good-faith belief that waiting for a deposit copy may

cause Plaintiff's claim to become time-barred, to instead file an affidavit informing the court of such good-faith belief, confirming that I have applied for and am awaiting a deposit copy, and representing that I will promptly file such deposit copy promptly upon receipt. *See* Usherson Order, dated July 22, 2020 [Dkt. #81]

3. It is my good-faith belief that waiting for an official deposit copy of the work at issue before filing the complaint in the instant action may cause Plaintiff's claim to become barred by the statute of limitations.

4. On May 5, 2021, I requested deposit copies from the Copyright Office for the photographs at issue. Plaintiff's claims may expire on or about August 7, 2021 (three years from the date of the alleged infringement). Accordingly, I have a good faith belief that LLF may not receive the deposit copies until after Plaintiff's claims have been time-barred.

5. As required by the Orders, I will promptly file the official deposit copy of the work at issue upon receipt.

Dated: May 5, 2021
       New Rochelle, NY                    Respectfully submitted,

                                              /s/jameshfreeman/
                                              JAMES H. FREEMAN