# EXHIBIT D



📍 PORTLAND

Patriot Prayer Is Dragging Antifa Into An Unwinnable PR War (HBO)

184,612 views • Aug 7, 2018

👍 1.6K   👎 6.4K   ➤ SHARE   ≡+ SAVE   ...

VICE News ✓
6.31M subscribers

SUBSCRIBE

For someone running for Senate in Washington, Joey Gibson spends a lot of time out of state.

Despite his candidacy, Gibson is best known as the founder of Patriot Prayer, a group which

SHOW MORE



Pillow Cube™
Ad  www.pillowcube.com/

SHOP NOW



📍 PORTLAND

Patriot Prayer Is Dragging Antifa Into An Unwinnable PR War (HBO)

184,612 views • Aug 7, 2018         1.6K    6.4K   ➢ SHARE   ≡+ SAVE   ...

 VICE News ✓
6.31M subscribers                                                                                          SUBSCRIBE

For someone running for Senate in Washington, Joey Gibson spends a lot of time out of state.

Despite his candidacy, Gibson is best known as the founder of Patriot Prayer, a group which

SHOW MORE



 Pillow Cube™                    SHOP NOW
Ad  www.pillowcube.com/



📍 PORTLAND
## Patriot Prayer Is Dragging Antifa Into An Unwinnable PR War (HBO)

184,612 views • Aug 7, 2018    👍 1.6K  👎 6.4K   ➤ SHARE   ≡+ SAVE  ...



VICE News ✓
6.31M subscribers

**SUBSCRIBE**

For someone running for Senate in Washington, Joey Gibson spends a lot of time out of state.

Despite his candidacy, Gibson is best known as the founder of Patriot Prayer, a group which

SHOW MORE



Pillow Cube™
Ad  www.pillowcube.com/          **SHOP NOW**



📍 PORTLAND
## Patriot Prayer Is Dragging Antifa Into An Unwinnable PR War (HBO)

184,612 views • Aug 7, 2018　　　　👍 1.6K　👎 6.4K　→ SHARE　≡₊ SAVE　...

**VICE News** ✓
6.31M subscribers

SUBSCRIBE

For someone running for Senate in Washington, Joey Gibson spends a lot of time out of state.

Despite his candidacy, Gibson is best known as the founder of Patriot Prayer, a group which

SHOW MORE



Pillow Cube™
Ad  www.pillowcube.com/

SHOP NOW