## **NOTICE OF ORDERS**

On June 26, 2020, in another action, the Honorable Jesse M. Furman of the United States District Court for the Southern District of New York entered an Opinion and Order directing that Richard Liebowitz and Liebowitz Law Firm, PLLC ("LLF") file a copy of that Opinion and Order in all cases filed by LLF within one year of June 26, 2020. A copy of Judge Furman's order is attached hereto as Exhibit A. Subsequent orders were issued on July 22, 2020 and November 30, 2020, which are attached hereto as Exhibits B and C, respectively.

Mr. Liebowitz and LLF respectfully contest Judge Furman's factual findings and legal conclusions, and have appealed the Opinion and Order to the United States Court of Appeals for the Second Circuit. The appeal remains pending.

Dated: May 4, 2021
New Rochelle, New York

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

**/s/jameshfreeman/**
James H. Freeman
1335A North Ave., Ste. 762
New Rochelle, NY 10804
JF@LiebowitzLawFirm.com
(516) 233-1660