UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI<br><br>　　　　　　　　　　Plaintiff,<br><br>　- against –<br><br>VICE MEDIA LLC<br><br>　　　　　　　　　　Defendant. | Docket No. 1:21-cv-02514<br><br>JURY TRIAL DEMANDED |

**COMPLAINT**

Plaintiff Lukasz Rudkowski ("Plaintiff") by and through its undersigned counsel, as and for its Complaint against Vice Media LLC ("Defendant") hereby alleges as follows:

**NATURE OF THE ACTION**

1.　This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction, distribution and public display of a copyrighted video of an Antifa-related protest in Portland, Oregon, owned and registered by Plaintiff, a New York-based videographer. Accordingly, Plaintiff seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

**JURISDICTION AND VENUE**

2.　This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.　This Court has personal jurisdiction over Defendant because Defendant is organized and/or transacts business in New York, is registered with the New York Department of State Division of Corporations, and maintains its headquarters in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Plaintiff is a videographer having a usual place of business at 2046 85th Street, Brooklyn, New York 11214-0482.

6. Upon information and belief, Defendant is a foreign limited liability company duly organized and existing under the laws of the State of Delaware, with a principal place of business at 49 S. 2nd Street, Brooklyn, New York 11249.

7. At all times material hereto, Defendant has owned and operated a website at the URL: https://www.youtube.com/user/vice (the "Website").

## STATEMENT OF FACTS

A. **Background and Plaintiff's Ownership of the Video**

8. Plaintiff created a video of a Portland, Oregon Rally involving Antifa (the "Video"). True and correct copies of screenshots of the Video are attached hereto as Exhibit A.

9. On or about August 4, 2018, Plaintiff published the Video to his YouTube account @WeAreChange and titled it "EXCLUSIVE! Joey Gibson Assaulted at Portland Rally!" *See* Exhibit A.

10. Plaintiff is the author of the Video and has at all times been the sole owner of all rights, title and interest in and to the Video, including the copyright thereto.

11. The Video was registered with the U.S. Copyright Office and was given Copyright Registration Number PA 2-131-732 with effective date of August 9, 2018 (the "732 Registration"). A true and correct copy of the 732 Registration certificate is attached hereto as Exhibit C.

12. On May 5, 2021, Plaintiff, via his attorney, submitted an application to the U.S. Copyright Office to obtain an official deposit copy of the Video. Attached hereto as <u>Exhibit D</u> is a sworn declaration of undersigned counsel.

13. The content title of the Video, as listed on the face of the 732 Registration, is "8.4.18. PortlandRally.Rudkowski.mov."

  **B. Defendant's Infringing Activities**

14. On or about August 7, 2018, Defendant re-published the Video as part of an online video titled "Patriot Prayer is Dragging Antifa into an Unwinnable PR War (HBO)" published at URL: https://www.youtube.com/watch?v=_iraAfWBXzk (the "Infringing Video"). True and correct copies of screenshots of the Infringing Article are attached hereto as <u>Exhibit D</u> (accessed 5/5/21 with 184,612 views).

15. Commercial advertisements appear adjacent to the Infringing Video.

16. Upon information and belief, Defendant also displayed the Video as part of a commercial cable broadcast of the Infringing Video on the channel Home Box Office ("HBO").

17. Defendant did not license the Video from Plaintiff for its Infringing Video, nor did Defendant have Plaintiff's permission or consent to reproduce, distribute or publicly display the Video on its Website or on HBO.

**<u>CLAIM FOR RELIEF</u>**
**<u>(COPYRIGHT INFRINGEMENT)</u>**
**(17 U.S.C. §§ 106, 501)**

18. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-17 above.

19. Defendant infringed Plaintiff's copyright in the Video by reproducing, distributing and publicly displaying the Video as part of the Infringing Video and on HBO.

20. Defendant is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Video.

21. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright law in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

22. Upon information and belief, the foregoing acts of infringement by Defendant have been willful and/or in reckless disregard of Plaintiff's rights.

23. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright law, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant be adjudged to have infringed upon Plaintiff's copyright in the Video in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded statutory damages pursuant to 17 U.S.C. § 504(c);

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded its costs and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: New Rochelle, New York
      May 5, 2021

                                            LIEBOWITZ LAW FIRM, PLLC

                                            By: /s/jameshfreeman/
                                            James H. Freeman
                                            1333A North Ave., Ste. 762
                                            New Rochelle, New York 11580
                                            Tel: (516) 233-1660
                                            JF@LiebowitzLawFirm.com

                                            *Attorney for Plaintiff*
                                            *Lukasz Rudkowski*