# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-131-732**

**Effective Date of Registration:**
August 09, 2018

## Title

| | |
|---|---|
| Title of Work: | 8.4.18. Portland Rally. Rudkowski.mov |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | August 04, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Lukasz Rudkowski |
| Author Created: | entire motion picture |
| Work made for hire: | No |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Lukasz Rudkowski<br>PO BOX 140492, Brooklyn, NY, 11214, United States |

## Certification

| | |
|---|---|
| Name: | Richard Liebowitz |
| Date: | August 09, 2018 |