UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LUKASZ RUDKOWSKI,

                Plaintiff,

    - against -

VICE MEDIA LLC,

                Defendant.

Case No. 1:21-cv-02514-KAM-LB

**ANSWER**

Defendant Vice Media, LLC ("Vice Media"), by and through its attorneys, Pelosi Wolf Effron & Spates LLP, as and for its answer to the complaint filed by Plaintiff Lukasz Rudkowski (the "Complaint"), states as follows:

**NATURE OF THE ACTION**

1.    Vice Media admits that Plaintiff purports to assert a claim under the Copyright Act but denies that Plaintiff is entitled to any such relief.  Vice Media denies the remaining allegations in paragraph 1.

**JURISDICTION AND VENUE**

2.    Paragraph 2 contains legal conclusions to which no responsive pleading is necessary, but to the extent any response is required, Vice Media denies the same.

3.    Paragraph 3 contains legal conclusions to which no responsive pleading is necessary, but to the extent any response is required, Vice Media denies the same.

4.    Paragraph 4 contains legal conclusions to which no responsive pleading is necessary, but to the extent any response is required, Vice Media denies the same.

**THE PARTIES**

5.    Vice Media lacks knowledge or information sufficient to form a belief with respect

to the allegations in paragraph 5.

6.      With respect to paragraph 6, Vice Media states that it is a foreign liability company organized under the laws of the State of Delaware and that it maintains an office at 49 South 2nd Street, Brooklyn, NY 11211.  Vice Media further states that it is registered to conduct business in the State of New York.

7.      Vice Media admits that Vice Media and/or its agents operates a YouTube account at the URL: www.youtube.com/user/vice (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Video**

8.      Vice Media lacks knowledge or information sufficient to form a belief with respect to the allegations in paragraph 7.  Vice Media further states that the purported screenshots set forth in Exhibit A speak for themselves and denies any mischaracterization of same by Plaintiff.

9.      Vice Media lacks knowledge or information sufficient to form a belief with respect to the allegations in paragraph 9.  Vice Media further states that the purported screenshots set forth in Exhibit A speak for themselves and denies any mischaracterization of same by Plaintiff.

10.      Vice Media lacks knowledge or information sufficient to form a belief with respect to the allegations in paragraph 10.

11.      Vice Media lacks knowledge or information sufficient to form a belief with respect to the allegations in paragraph 11.  Vice Media further states that the purported 732 Registration set forth in Exhibit B[1] speaks for itself and denies any mischaracterization of same by Plaintiff.

12.      Vice Media lacks knowledge or information sufficient to form a belief with respect to the allegations in paragraph 12.  Vice Media further states that the purported sworn declaration

---

[1] Plaintiff erroneously designates what should be Exhibit B as Exhibit C in the Complaint, so this Answer accounts for the error.

set forth in Exhibit C[2] speaks for itself and denies any mischaracterization of same by Plaintiff.

13.     With respect to paragraph 13, Vice Media admits only that the purported 732 Registration lists the title of the work as "8.4.18. PortlandRally.Rudkowski.mov." Vice Media further states that the purported 732 Registration speaks for itself and denies any mischaracterization of same by Plaintiff.

14.     Vice Media admits only that it published a video titled "Patriot Prayer is Dragging Antifa Into An Unwinnable PR War (HBO)" that incorporates *de minimus* portions of Plaintiff's work subject to the doctrine of fair use. The video was published to YouTube at https://www.youtube.com/watch?v=_iraAfWBXzk. Vice Media further states that the purported screenshots set forth in Exhibit D speak for themselves and denies any mischaracterization of same by Plaintiff.

15.     To the extent that paragraph 15 is referring to Exhibit D, Vice Media states that the purported screenshots set forth in that exhibit speak for themselves and denies any mischaracterization of same by Plaintiff. Otherwise, Vice Media denies the allegations set forth in paragraph 15.

16.     Vice Media denies the allegations set forth in Paragraph 16 to the extent that Defendant's video was only available on online streaming services offered by HBO (i.e. HBO Go and HBO Now), not as a commercial cable broadcast on the HBO channel.

17.     Vice Media denies the allegations in paragraph 15 to the extent that Vice Media was never required by law to license from Plaintiff or otherwise obtain Plaintiff's consent to reproduce, distribute or publicly display Plaintiff's work since the use was *de minimus* and subject to the doctrine of fair use.

---

[2] Plaintiff erroneously designates what should be Exhibit C as Exhibit D in the Complaint, so this Answer accounts for the error.

## FIRST CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

18.     Vice Media incorporates by reference the foregoing responses to the allegations in the Complaint.

19.     Vice Media denies the allegations in paragraph 19.

20.     Vice Media denies the allegations in paragraph 20.

21.     Vice Media denies the allegations in paragraph 21.

22.     Vice Media denies the allegations in paragraph 22.

23.     Vice Media denies the allegations in paragraph 23.

## PRAYER FOR RELIEF

Vice Media denies that Plaintiff is entitled to any of the relief requested.

## DEMAND FOR JURY TRIAL

Plaintiff's jury demand requires no response from Vice Media.

## AFFIRMATIVE DEFENSES

Vice Media makes the following allegations as affirmative defenses against the claims asserted against them without admission of liability, without admitting that they bear the burden of persuasion or presentation of evidence on each or any of these matters, and without waiving the right to assert and rely upon other defenses that become available or appear during the course of this action

## FIRST AFFIRMATIVE DEFENSE

Any use of the portions of video at issue by Vice Media was a fair use, and therefore Plaintiff cannot sustain an action for copyright infringement.

## SECOND AFFIRMATIVE DEFENSE

Any use of the portions of video at issue by Vice Media was *de minimis* and therefore Plaintiff cannot sustain an action for copyright infringement.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff fails to state a plausible claim upon which relief may be granted under FRCP 12(b)(6).

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff does not validly own the video at issue and therefore has no standing to sue.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's copyright registration is defective or otherwise invalid and therefore Plaintiff has no standing to sue.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to statutory damages or attorney's fees under 17 U.S.C. § 505 because the video at issue was not timely registered, if it was properly registered at all.

## SEVENTH AFFIRMATIVE DEFENSE

Any use of the portions of video at issue by Vice Media was expressly or impliedly authorized by Plaintiff and/or the true owner copyright owner or co-owner, or a third party with actual or apparent authority.

## EIGHTH AFFIRMATIVE DEFENSE

Vice Media's actions were not willful, intentional or purposeful.  Vice Media has at all times acted in good faith and without knowledge or notice of any allegedly adverse interest of any other person or entity, including Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the three-year statute of limitations in 17 U.S.C. § 507(b).

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the doctrines of estoppel, waiver, acquiescence and laches.

## ELEVENTH AFFIRMATIVE DEFENSE

Any damages allegedly suffered by Plaintiff were wholly or in part the legal fault of persons, firms, corporations, or entities other than Vice Media, and this legal fault reduces the percentage of responsibility, if any, to be borne by Vice Media.


Respectfully submitted,

DATED:  September 15, 2021                    PELOSI WOLF EFFRON & SPATES LLP


By: _____
        Angelo DiStefano, Esq.
        233 Broadway, Ste. 2208
        New York, NY 10279
        Tel: (212) 334-4801 (x6482)
        Fax: (212) 571-9149
        E-Mail: adistefano@pwes.com

        *Attorneys for Defendant, Vice Media LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 15, 2021, a true and correct copy of the foregoing **ANSWER** was filed on ECF and served on all listed counsel of record.

_____
Angelo DiStefano, Esq.