# PELOSI WOLF SPATES LLP

50 BROAD ST.
SUITE 1609
NEW YORK, NY
10004

ANGELO DISTEFANO

October 13, 2021

**Via ECF**
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Rudkowski v. Vice Media LLC,* Civil Action No. 1:21-cv-02514 (KAM)(LB)
               Settlement in Principle

Dear Judge Matsumoto:

We represent Defendant, Vice Media LLC ("Vice Media"), in the above-referenced matter. We write on behalf of Vice Media, jointly with Plaintiff, Lukasz Rudkowski, to report that Plaintiff and Vice Media have reached a settlement in principle, subject to their concluding a mutually-signed writing. Vice Media, together with Plaintiff, respectfully requests that this Court administratively dismiss this action, with leave to reopen in thirty (30) days from today's date if the parties have not submitted their final notice of dismissal by such time.

The Court's consideration is much appreciated.

Respectfully submitted,

Angelo DiStefano, Esq.

cc.    Counsel of Record (via CM/ECF)

TEL 212.334.4801 (x6482)    FAX 212.571.9149    EMAIL ADISTEFANO@PWES.COM