UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
LUKASZ RUDKOWSKI, :
:
            Plaintiff, :
:  Index No. 1:21-cv-02514-KAM-LB
    -against- :
:  **STIPULATION OF DISMISSAL**
VICE MEDIA LLC, :  **WITH PREJUDICE**
:
            Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff Lukasz Rudkowski and defendant Vice Media LLC, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Fed. R. of Civ. Pro., with each party to bear his or its own costs and attorneys' fees.

Dated:  December  22 , 2021

_____
James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
1333A North Ave, Suite 762
New Rochelle, NY 10804
(516) 233-1660
jf@liebowitzlawfirm.com

*Attorneys for Lukasz Rudkowski*

_____
Angelo DiStefano, Esq.
Pelosi Wolf Spates LLP
50 Broad St., Ste. 1609
New York, NY 10004
(212) 334-4801 (x6482)
adistefano@pwes.com

*Attorneys for Vice Media LLC*

                                   **SO ORDERED.**

                              _____ **Date: _____**
                              **Kiyo A. Matsumoto, U.S.D.J.**